CASE CAPTION: <u>JOHN JORDAN V. ADAMS COUNTY SHERIFF'S OFFICE,</u>

CASE NO.: <u>20-CV-02297-STV</u>

EXHIBIT LIST OF: <u>ADAMS COUNTY SHERIFF'S OFFICE - DEFENDANT</u>
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| A | | Inmate log<br>AC 000058<br>(1) | | | | | |
| B | | Policy and Procedure Manual –<br>Policy 902<br>AC 000522-000524<br>(1-3) | | | | | |
| C | | Adams County Detention Facility Inmate Rules,<br>Revised January 5, 2017<br>AC 001137-001142<br>(1-6) | | | | | |
| D | | Inmate Intake Acknowledgement<br>AC 000056<br>(1) | | | | | |
| E | | Property Intake/Receipt<br>AC 000047<br>(1) | | | | | |
| F | | Inmate Inventory/Property Disposition<br>AC 000055<br>(1) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| G | | Cash Bond Request<br>AC 000049<br>(1) | | | | | |
| H | | Adams County Sheriff's Office Post Orders Number 11<br>AC 001129-001136<br>(1-8) | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |
| L | | | | | | | |
| M | | | | | | | |
| N | | | | | | | |
| O | | | | | | | |
| P | | | | | | | |
| Q | | | | | | | |
| R | | | | | | | |

NB For the trial exhibit lists, please add at least ten additional blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced.