**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

Case No. 20-cv-02297-STV                                    Date: 04/06/2022

Case Caption: JOHN JORDAN V. ADAMS COUNTY SHERIFF'S OFFICE

DEFENDANTS' WITNESS LIST
(Name and Party Designation)

| WILL CALL WITNESSES | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| John Jordan | |

| MAY CALL WITNESSES | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Chris Laws | |
| Susan Argo | |
| Chad Jenkins | |
| Michael Donnellon | |