IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02297-STV

**JOHN D. JORDAN**,

    Plaintiff,

v.

**ADAMS COUNTY SHERIFF'S OFFICE,**

    Defendant.
_____

**DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS**
_____

Defendant Adams County Sheriff's Office, through its attorney Kerri A. Booth, submits the following proposed *voir dire* questions:

1. Have you ever been arrested?

2. Have you ever been in jail or prison? If so, for how long? Where?

3. Have you visited friends or family in jail or prison?

4. Do you have an opinion about jails and prisons and whether they treat inmates fairly?

5. Have you ever had an interaction with a law enforcement officer in which you felt that you were treated unfairly or badly?

6. Has anyone in your family or any of your friends ever sued a law enforcement agency?

7. Have you ever worked for a law enforcement agency?

8. Do you have friends or family that have worked for a law enforcement agency?

9. Have you ever worked for a government entity?

10. Do you live or work in Adams County?

11. How do you feel about government entities?

12. Have you read or heard media reports about Adams County or the Adams County Sheriff's Office? If so, have those stories/reports given you a negative opinion about Adams County or the Sheriff's Office?

13. Have you or your family brought a civil lawsuit against someone? If so, what was the subject and outcome of the lawsuit?

14. This case concerns religious beliefs. Do you have strong religious beliefs?

15. Do you consider yourself to be a strong practitioner of a religion or belief?

16. This case involves the separation of church and state. Do you believe that religion should play a greater role in governance?

17. This case involves religious apparel. Do you have any strong feelings about people wearing religious garments?

18. How do your religious beliefs impact your daily life? Do you follow religious tenents in your daily life? Explain.

19. Do you understand that the jury instructions say that a jail can adopt policies that may restrict an individual's free exercise of religion if the policies are reasonably related to the legitimate practice of prison management and criminal rehabilitation and that you will be asked to follow the jury instructions in this case?

20. Will you be able to follow the jury instructions?

21. If you have any of the strong feelings mentioned above, do you believe those feelings are strong enough to prevent you from following an instruction of law provided by the judge? Explain.

DATED: April 6, 2022

                                Respectfully submitted,

                                *s/Kerri A. Booth*
                                Kerri A. Booth
                                Assistant County Attorney
                                Adams County Attorney's Office
                                4430 S. Adams County Pkwy
                                5th Floor, Suite C5000B
                                Brighton, CO  80601
                                Phone:  (720) 523-6116
                                Fax:  (720) 523-6114
                                kbooth@adcogov.org
                                *Counsel  for Defendant*
                                *Adams County Sheriff's Office*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the PACER system which will send notification of such filing to all counsel of record.

<u>s/Kerri A. Booth</u>
Kerri A. Booth
Assistant County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone:  (720) 523-6116
Fax:  (720) 523-6114
kbooth@adcogov.org
*Counsel  for Defendant*
*Adams County Sheriff's Office*
