**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02297-STV

**JOHN D. JORDAN**,

    Plaintiff,

v.

**ADAMS COUNTY SHERIFF'S OFFICE,**

    Defendant.
_____

**MEMORANDUM REGARDING JURY INSTRUCTIONS**
_____

    Defendant, Adams County Sheriff's Office, by and through its attorney, Kerri A. Booth, Assistant County Attorney, Adams County Attorney's Office, hereby submits this Memorandum stating its opinion regarding competing and non-stipulated jury instructions and the non-stipulated verdict form pursuant to this Court's practice standards and the Trial Preparation Conference Order [ECF #27] entered in this case, and states as follows:

### **DEFENDANT'S NON-STIPULATED INSTRUCTION NO. 4**

    Defendant submitted Non-Stipulated Instruction No. 4 as it believes that said instruction necessarily follows Stipulated Instruction No. 3. Specifically, Stipulated Instruction No. 3 indicates at the bottom: "[…] you shall find in [Plaintiff's] favor unless you find that the Sheriff's office has proved its affirmative defense that it had a legitimate penological interest in requiring that Mr. Jordan remove his religious undergarments." Defendant stipulated to this instruction (despite the fact that Plaintiff did not provide support or any case cite for it) but firmly asserts that an additional instruction is needed in order for the jury to be able to make an assessment of what a

1

"legitimate penological interest" is and more importantly for the jury to be able to make a determination as to whether Defendant has presented sufficient evidence to prove that its policy regarding personal clothing in the jail is reasonably related to a legitimate penological interest. Without an instruction on Defendant's defense, the jury would have no way of analyzing whether that defense has been proven.

Defendant's Non-Stipulated Instruction No. 4 contains authority as was required by the Court. Defendants urge the Court to include this instruction as a necessary instruction in this case.

## DEFENDANT'S COMPETING INSTRUCTION NO. 5

Instruction Number 5 is a damages instruction. Defendant submitted a competing instruction here as Defendant asserts that it's damages instruction more clearly and accurately states the items that may be considered by the jury in awarding damages. Defendant's competing instruction no. 5 provides definitions to key terms and additionally contains source information/authority. Plaintiff's instruction no. 5 contains no authority and lacks helpful definitions for the jury to use in evaluating how and when to award damages and what information the jury should consider in making such determinations.

In light of this, Defendants would request the Court adopt Defendant's Competing Instruction No. 5 as the operative damages jury instruction in this case.

## DEFENDANT'S PROPOSED VERDICT FORM

Defendants prepared and filed a proposed verdict form in this case. The verdict form was drafted after considering the claim and defenses at issue in this case. Plaintiff did not submit a competing verdict form, as such Defendants requests that the Court adopt Defendants Proposed

Verdict Form as the operative Verdict Form in this case.

DATED:  April 6, 2022

                                        Respectfully submitted,

                                        <u>*s/Kerri A. Booth*</u>
                                        Kerri A. Booth
                                        Assistant County Attorney
                                        Adams County Attorney's Office
                                        4430 S. Adams County Pkwy
                                        5th Floor, Suite C5000B
                                        Brighton, CO  80601
                                        Phone:  (720) 523-6116
                                        Fax:  (720) 523-6114
                                        kbooth@adcogov.org
                                        *Counsel  for Defendant*
                                        *Adams County Sheriff's Office*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the PACER system which will send notification of such filing to all counsel of record.

*s/Kerri A. Booth*
Kerri A. Booth
Assistant County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone:  (720) 523-6116
Fax:  (720) 523-6114
kbooth@adcogov.org
*Counsel  for Defendant*
*Adams County Sheriff's Office*
