IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

Case No. 20-cv-02297-STV                               Date: April 6, 2022

*Jordan v. Adams County Sheriff's office, et al.*

PLAINTIFF'S WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|

Will call:

| | |
|---|---|
| Plaintiff John Jordan | 3 hrs |
| Bishop Dave Handy | ¾ hr |
| | 3¾ hrs |