IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom A402 |
| Date: April 13, 2022 | Alfred A. Arraj United States Courthouse |

Civil Action No. 20-cv-02297-STV

<u>Parties</u>:

JOHN JORDAN

    Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE,
MICHAEL DONNELLON, and
CHAD JENKINS,

    Defendant.

<u>Counsel</u>:

Terrell Gaines
Robert Liechty

Heidi Miller
Kerri Booth

**COURTROOM MINUTES/MINUTE ORDER**

**TRIAL PREPARATION CONFERENCE**
**Court in session:   11:12 a.m.**
Court calls case. Appearance of counsel.

This matter is before the court for a Trial Preparation Conference.

The court advises the parties to review the most current version of the court's Jury Trial Protocols.

Discussion regarding the length of trial.

Parties shall confer regarding the filing of a joint single exhibit list.

The jury will consist of nine jurors with no alternates.

Jurors will be permitted to take notes.

At the current time, Plaintiff has no objection to the one non-stipulated jury instruction submitted by the Defendant regarding the relation of its policy to a legitimate penological interest nor to the proposed verdict form submitted by the Defendant.

For the reasons stated on the record, it is:

**ORDERED:** Parties shall provide three (3) hard copies of trial exhibits in binders for the witness, the court reporter and opposing counsel. Parties shall also provide to chambers a thumb drive with electronic copies of all exhibits.

**ORDERED:** Witness Sequestration Order will be in place.

**ORDERED:** With respect to Voir Dire, the court will conduct its own voir dire. Each side will also be permitted twenty (20) minutes for voir dire.

**ORDERED:** Plaintiff shall review the Proposed Voir Dire questions filed by the Defendants [ECF Doc. No. 35] and file any objections **on or before April 19, 2022**.

**ORDERED:** The Charging Conference will be conducted after the court has released the jury on May 3.

Discussion regarding settlement.

Mr. Liechty informs the court of Plaintiff's concern regarding settlement which leads into the issue of the court finalizing the Summary Judgment pursuant to FRCP 54(b).

The court advises the parties that if it needs to amend any order previously entered in order to further settlement, it will consider doing so.

Mr. Liechty requests the court's thoughts regarding his proposal of making the prior summary judgment order a final judgment, put the case regarding the First Amendment claim on administrative hold and allow Plaintiff to appeal. In the event that Plaintiff wins the appeal, the trial will proceed on both claims. In the event Plaintiff loses on appeal, the trial will proceed on the First Amendment claim.

**ORDERED:** Parties shall confer regarding Mr. Liechty's proposal and file a Motion **on or before April 18, 2022**. In the motion, the parties shall address the Defendant's position and each sides position on

vacating the trial currently set for May 3, 2022, to have the issue fully briefed.

HEARING CONCLUDED.
**Court in recess:** **11:28 a.m.**
Time In Court:     00:16

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4596 OR AB Court Reporting & Video, Inc. at (303)629-8534.