IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action: 20-cv-02297-STV | Date: May 4, 2022 |
| Courtroom Deputy: Monique Ortiz | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| JOHN JORDAN | *Robert Mark Liechty* |
| | *Terrell Martin Gaines* |
| **Plaintiffs** | |
| v. | |
| ADAMS COUNTY SHERIFF'S OFFICE | *Kerri Ann Booth* |
| | *Heidi Michelle Miller* |
| **Defendants** | |

## COURTROOM MINUTES

**JURY TRIAL DAY TWO**

**Court in Session:  8:25 a.m.**

Appearance of counsel.  Also present at Plaintiff's counsel table is Plaintiff John Jordan.  Also present at Defendant's counsel table is Adams County Representative Chris Laws.  Also present at Defendant's counsel table assisting counsel for are Paralegals Kelly Vis and Tracie Pink.

Court addresses matters with counsel before bringing in the jury.

Court addresses Defendant's oral Half Time motion presented at Day One of trial. The court has reviewed the briefing submitted by the parties in which the Plaintiff requests to reopen his case for purposes of introducing Exhibit C.  Court addresses the issue of stipulation of exhibits as to authenticity and admissibility.

Statements by counsel.

**ORDERED:**  Defendant's oral Half Time Motion remains UNDER ADVISEMENT.

Discussion regarding proposed jury instructions and verdict form


**8:46 a.m.        Court in recess**

**8:52 a.m.**          **Court in session – jury escorted in**

The court informs the jury that it has permitted the Plaintiff to reopen his case for the limited purpose of admitting Exhibit C.

Defendant's witness, Chris Laws called and sworn

8:55 a.m.          Direct examination of Chris Laws by Ms. Booth
                   **Exhibit A admitted**

9:38 a.m.          Cross examination of Chris Laws by Mr. Liechty
                   **Exhibit B and G admitted**

10:04 a.m.         Re-direct examination of Chris Laws by Ms. Booth

Witness excused.

Defendant rests its case.

10:09 a.m.         Mr. Gaines requests Mr. Jordan return to the witness stand for rebuttal evidence

Jury excused.

Discussion regarding the verdict form

Discussion regarding the proposed jury instructions

**10:17 a.m.**         **Court in recess**
**10:45 a.m.**         **Court in session**

Brief Discussion regarding the verdict form before the jury is escorted back into the courtroom

Jury present.

10:49 a.m.         Witness John Jordan recalled for rebuttal evidence by Mr. Gaines and remains
                   under oath.

Witness excused

Jury instructed on closing jury instructions.

11:10 a.m.      Closing arguments by Mr. Gaines

11:31 a.m.      Closing arguments by Ms. Miller

11:48 a.m.      Rebuttal closing argument by Mr. Gaines

Bailiff sworn.  Jury excused to begin deliberations.

**11:53 a.m.      Court in recess**
**1:35   p.m.      Court in session**

Jury present.

Verdict reached.  Verdict in favor of Defendant.  See verdict form for details.

Jury excused.

**ORDERED:**  Defendant's Half Time Motion is MOOT due to verdict.

Court in Recess: 1:42 p.m.            Trial concluded.            Total time in Court:  3:01

Clerk's Note:  Exhibits returned to counsel.  Order Re: Custody of Exhibits will be entered by
                the court.