IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-02297-STV

JOHN D. JORDAN,

    Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE,

    Defendant.

---

## VERDICT FORM

**You are instructed to answer the following questions as necessary based upon the instructions. You must all agree on your answer to each question and you must all sign the completed form on the signature lines.**

QUESTION ONE:

Did Plaintiff prove by a preponderance of the evidence that Adams County required Plaintiff to remove his undergarments pursuant to an Adams County jail policy and, by doing so, Adams County substantially burdened his sincerely held religious belief?

    __X__ YES            _____ NO

**If your answer is "YES" to the QUESTION ONE, please answer QUESTION TWO.**

**If your answer is "NO" to QUESTION ONE, you have found in favor of Defendant. Please DO NOT answer any other questions. Please sign the verdict form.**

QUESTION TWO:  Did Defendant offer a legitimate penological reason in support of its Personal Clothes Policy?

__X__ YES          _____ NO

**If your answer is "YES" to the QUESTION TWO,  please answer QUESTION THREE.**

**If your answer is "NO" to QUESTION TWO, you have found in favor of PLAINTIFF. Please DO NOT answer QUESTION THREE. Please move on to QUESTION FOUR.**

QUESTION THREE: Did Plaintiff establish by a preponderance of the evidence that Defendant's legitimate penological reason is not reasonable under the factors identified in the jury instructions?

_____ YES          __X__ NO

**If your answer is "YES" to QUESTION THREE, you have found in favor of PLAINTIFF.  Please move on to QUESTION FOUR.**

**If your answer is "NO" to QUESTION THREE, you have found in favor of Defendant. Please DO NOT answer QUESTION FOUR. Please sign the verdict form.**

QUESTION FOUR:  What amount of actual damages, if any, does the jury award Plaintiff?

$_____

**Sign the Verdict Form.**

May 4, 2022
Date

