**Terrell M. Gaines**
1800 W. Littleton Blvd., Littleton, CO 80120
Fax: (303) 794-0408  E-Mail: attorneygaines@gmail.com

FEE AND RETAINER AGREEMENT     Date: 6-14-19

Name(s): John Jordan
Address: 2290 Chambers Rd, City: Aurora, State: CO, Zip: 80011
Home Phone: _____, Cell Phone: 303-906-6041, Business Phone: _____
E-Mail Address: _____ Occupation: _____, Employer's Name: _____

Name, Address, Phone No. of a Relative/Friend to contact in emergencies: _____

We require "Retainers" in most cases. <u>*Retainers are not fees*</u>. Retainers are based on an estimate of the work expected in the case, but <u>are not intended to be an estimate of the fees and costs to handle a matter</u>.

<u>A Retainer is a deposit of your funds</u> held in our trust account to be applied to all fees, costs and other charges you are responsible for. When the matter comes to an end, or we are discharged (*in writing*), you are entitled to a refund of the unused portion of your retainer. However, it is our policy to retain the unused portion of the retainer for 60 days to cover any costs or charges that may not have been invoiced at that time. Because we have certain responsibilities to our clients and/or the courts that must be concluded even if, or after, we are discharged, there will occasionally be fees and costs that will be incurred or received after we are discharged that the client is responsible for and hereby agrees to pay if no retainer funds are available. If costs or charges appear after our final statement or refund of the retainer, you agree to reimburse us, or pay, those costs or charges.

Clients are responsible for all costs and charges for matters handled by this office and we can not advance those costs and charges without funds available in the trust account.

<u>RETAINER</u>: $ ___X___. When the retainer falls below $ __X__, we require the retainer to replenished in the amount of $ _____.

TYPE OF FEE: Hourly - $ __X__ Flat Rate: $ __X__ Contingency: % 33⅓  Jordan/Gaines 60/40
Other: _____
Milestones for flat fee: __X__

DESCRIPTION OF LEGAL SERVICES: Sue ADAMS Sheriff's Officers for Attack on 9/16/2018 - First Amendment Rights

AGREEMENT: I(we) agree to pay the attorney for all services rendered at the above-stated rate or fee, WHICHEVER CALCULATION IS HIGHER, paralegal time at $135.00 per hour, and for all costs, charges, or advances. Fees and costs are billed against any unused retainer, then directly to the client. All statements are due within 30 days of billing. <u>*Payments not received within 30 days of a statement incur interest at the rate of 1.5% per month*</u>. In the event of a court's award of attorney's fees in favor of the client, the attorney shall be entitled to select a fee percentage, or the fees awarded to the attorney by the Court. Additional counsel may be recommended by the attorney, and client agrees to the financial agreement herein as payment to both counsel. Hourly charge will apply on all matters undertaken on a contingency or court awarded fee upon discharge without cause.

EXTENDED PAYMENT/DEFAULT: All balances accrued at the conclusion of the case are due at that time, and any unused retainers will be refunded. For contingent fee cases the Client is responsible for all costs per the Contingency Fee Agreement and Advisement before the Client's share of the award or settlement is paid, and all retainers are to be paid through the attorney's trust account.

COLLECTION OF ACCOUNT: If necessary to place an account for collection, Client agrees to pay interest at the rate of 21% and reasonable attorney fees, including all additional hourly fees incurred by the attorney as may be necessary for the collection of the account.

_____[signature]_____     _____[signature]_____   EXHIBIT 1
CLIENT                    CLIENT