## Robert Liechty

| | |
|---|---|
| **From:** | Terrell Gaines <attorneygaines@gmail.com> |
| **Sent:** | Monday, April 22, 2024 4:04 PM |
| **To:** | Robert Liechty |
| **Subject:** | Fee agreements |
| **Attachments:** | 04222024_RETAINER_ S replenished in the amount of $..pdf |

Attached

--
Thank you,

Terrell M. Gaines
Attorney at Law

**EXHIBIT 2**

1