# DISCLOSURE STATEMENT

**TYPES OF FEE AGREEMENTS:**

I have been informed and understand that there are several types of attorney fee arrangements from which I have the right to choose for my case, including time-based, fixed, and contingent. "Time-based" is a fee determined by the amount of time spent on the case, multiplied by the hourly rate for attorneys, paralegals and law clerks, and owed and payable by the client upon receipt of monthly billings. "Fixed" is a flat fee for services rendered to the client, regardless of time and effort or the outcome of the case, and owed and payable by the client upon entering into the fee agreement. "Contingent" is a fee based on an agreed upon percentage or amount, regardless of time and effort, due only upon obtaining a recovery, and owed and payable by the client out of the proceeds of the recovery. "Recovery" is the amount collected from the opposing party on the client's behalf by settlement or judgment.

I acknowledge that not all attorneys offer all of these different types of fee arrangements and that I have the right to contact other attorneys to determine if they provide other fee arrangements. After consideration and consultation with my attorney, I have elected the fee arrangement set forth in the accompanying time-based fee agreement.

**SPECIALLY-AWARDED COSTS AND ATTORNEY FEES:**

I have been informed and understand that the court or an arbitrator may award me costs and attorney fees in addition to a recovery. The fee agreement I enter into with my attorney should state how any specially-awarded costs and attorney fees will be handled in my case.

**EXPENSES AND DISBURSEMENTS:**

I have been informed and understand that I may incur expenses and disbursements, aside from attorney fees, for which I am responsible for paying. Examples of such expenses and disbursements are: fees due to the court (approximately $500 for the initial filing and service of the complaint, with an additional $250 for court filings through trial), fees for court-ordered mediation (estimate $200-1,500), and fees of court reporters to take depositions (approximately $600 per deposition), and a one-time charge of $50 for office supplies. I should be provided with an estimate of the expenses and disbursements for my case before entering into a fee agreement. This estimated amount should be set forth in the fee agreement, in addition to a provision as to how and when such expenses and disbursements will be paid. The fee agreement should also indicate whether my attorney's contingent fee will be based on the "net" or "gross" recovery. "Net recovery" is the amount of the recovery remaining after deductions for costs to prosecute the case. "Gross recovery" is the total amount of the recovery before any deductions.



EXHIBIT 7

**COST AND ATTORNEY FEES AWARDED TO THE OPPOSING PARTY:**

I have been informed and understand that a court or an arbitrator may award costs and attorney fees to the opposing party, which I am responsible to pay. If my case goes to trial or arbitration, the arbitrator or court will typically award costs to the defendant if it prevails, and I understand that I am responsible to pay these costs. These costs typically include the costs of the depositions, copying costs, costs to present witnesses in the arbitration or trial, and other related costs. The fee agreement I enter into with my attorney should include a provision as to how and when such costs and attorney fees will be paid. The fee agreement should also state whether my attorney's contingent fee will be based on the amount of the recovery before or after payment of the costs and attorney fees.

**ASSOCIATED COUNSEL:**

I have been informed and understand that my attorney may hire another attorney, called an "associated counsel," to assist with my case. The fee agreement I enter into with my attorney should state how the fees of an associated counsel will be handled in my case.

I acknowledge that I received a complete copy of this Disclosure Statement and read it this _____ day of _, 2024.

_____